UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MARTINEZ ALCAZAR<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Criminal Case No. 13-cr-1554<br>Civil Case No.: 16-cv-2634<br><br>**ORDER DENYING MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255 AS MOOT** |

On October 24, 2016 Petitioner, proceeding *pro se*, filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by person in federal custody. Shortly after the briefing was completed on the motion, Petitioner was released from custody on December 21, 2017. By its terms, section 2255 is applicable only to prisoners in custody. See *United States v. Kramer*, 195 F.3d 1129, 1130 (9th Cir. 1999). Accordingly, the Court **DENIES** Petitioner's Motion as moot.

**IT IS SO ORDERED.**
Dated: January 23, 2019

Hon. M. James Lorenz
United States District Judge